447 A.2d 656

Commonwealth v. Richardson, Appellant.

Submitted May 22, 1981. John H. Corbett, Jr., for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., MONTGOMERY and VAN der VOORT, JJ.

The judgment of sentence of the lower court is affirmed.

447 A.2d 656

Commonwealth v. Smith, Appellant.

Submitted August 31, 1981. David S. Shrager, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, WIEAND and BECK, JJ.

Judgment of sentence affirmed.